IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JORGE CALDERON–CANAS, | ) | |
|     Movant, | ) | No. 3:16-CV-1764-M-BH |
| vs. | ) | No. 3:13-CR-466-M (5) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Respondent. | ) | Referred to U.S. Magistrate Judge[1] |

## RECOMMENDATION REGARDING REQUEST TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

Before the Court are the movant's *Affidavit of Indigency* and *Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis,* with a certificate of inmate trust account, received from the Fifth Circuit Court of Appeals for processing in this Court on December 18, 2019 (doc. 25).

(**X**)    The motion for leave to proceed *in forma pauperis* on appeal should be DENIED for the following reasons:

    (**X**)    The Court certifies under Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith, and that the appeal presents no legal points of arguable merit and is therefore frivolous.[2]

**If the Court denies the request to proceed *in forma pauperis* on appeal, the defendant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).** *See* **Fed. R. App. P. 24(a)(5)**; *Baugh v. Taylor*, **117 F.3d 197 (5th Cir. 1997).**

**SO RECOMMENDED this 21st day of January, 2020.**

                                                _____
                                                IRMA CARRILLO RAMIREZ
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Under 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

[2] A certificate of appealability was denied on September 24, 2019. (*See* doc. 20.)